# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Stahl, Norman H. | US Court of Appeals - 1st Circuit | 06/01/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Senior Status | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2016<br>to<br>12/31/2016 |

**7. Chambers or Office Address**

US Court of Appeals
1 Courthouse Way, Suite 8730
Boston, Massachusetts 02210

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board Member | Tufts Medical Center Board of Governors |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 06/01/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Ashland House Associates, LP, 9%, Bedford, NH - Rental Income | F | Rent | N | W | | | | | |
| 2. Citizen's Bank, Cash, Checking and MM | A | Interest | K | T | | | | | |
| 3. Martha's Vineyard Savings Bank, Cash | A | Interest | K | T | | | | | |
| 4. | | | | | | | | | |
| 5. Trust # 1 (H) | | | | | | | | | |
| 6. -Exxon Mobil | B | Dividend | L | T | | | | | |
| 7. -Kellogg Co | B | Dividend | L | T | | | | | |
| 8. -Pepsico | B | Dividend | L | T | | | | | |
| 9. -Charles Schwab Corp. | A | Dividend | L | T | | | | | |
| 10. -Alphabet Inc. Class C | | None | K | T | Sold (part) | 08/24/16 | J | B | |
| 11. | | | | | Sold (part) | 12/21/16 | J | A | |
| 12. -Nestle SA (1) | A | Dividend | J | T | Sold (part) | 10/25/16 | J | | |
| 13. -Diageo PLC | A | Dividend | J | T | Buy (add'l) | 06/14/16 | J | | |
| 14. | | | | | Sold (part) | 09/27/16 | J | A | |
| 15. | | | | | Buy (add'l) | 12/29/16 | J | | |
| 16. -Time Warner Inc | A | Dividend | K | T | Sold (part) | 12/21/16 | J | C | |
| 17. -Anheuser-Busch InBev | | None | | | Sold | 01/20/16 | J | C | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 06/01/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  -Walt Disney Co | A | Dividend | K | T | Buy (add'l) | 04/29/16 | J | | |
| 19. | | | | | Buy (add'l) | 12/29/16 | J | | |
| 20. | | | | | Sold (part) | 12/21/16 | J | A | |
| 21.  -William Sonoma | A | Dividend | J | T | Buy (add'l) | 01/14/16 | J | | |
| 22. | | | | | Buy (add'l) | 02/25/16 | J | | |
| 23. | | | | | Buy (add'l) | 05/26/16 | J | | |
| 24. | | | | | Sold (part) | 09/30/16 | J | | |
| 25. | | | | | Sold (part) | 11/11/16 | J | | |
| 26. | | | | | Sold (part) | 12/07/16 | J | B | |
| 27.  -Cheesecake Factory Inc. | A | Dividend | | | Sold (part) | 02/24/16 | J | | |
| 28. | | | | | Sold (part) | 05/23/16 | J | A | |
| 29. | | | | | Sold | 06/24/16 | J | B | |
| 30.  -Nike Inc. Class B | A | Dividend | K | T | Buy (add'l) | 06/02/16 | J | | |
| 31. | | | | | Buy (add'l) | 08/02/16 | J | | |
| 32. | | | | | Buy (add'l) | 08/26/16 | J | | |
| 33. | | | | | Buy (add'l) | 12/29/16 | J | | |
| 34.  -Apple | A | Dividend | J | T | Sold (part) | 07/21/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 06/01/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold (part) | 09/09/16 | J | B | |
| 36. | | | | | Sold (part) | 09/14/16 | J | B | |
| 37. | | | | | Sold (part) | 12/21/16 | J | C | |
| 38.   -Ralph Lauren | A | Dividend | | | Sold (part) | 04/15/16 | J | | |
| 39. | | | | | Sold | 04/28/16 | J | | |
| 40.   -Lululemon Athletica | | None | J | T | Buy (add'l) | 10/06/16 | J | | |
| 41. | | | | | Sold (part) | 03/01/16 | J | | |
| 42. | | | | | Sold (part) | 06/09/16 | J | A | |
| 43. | | | | | Sold (part) | 07/07/16 | J | B | |
| 44. | | | | | Sold (part) | 12/21/16 | J | A | |
| 45.   -Starbucks | A | Dividend | J | T | Buy (add'l) | 12/21/16 | J | | |
| 46.   -Visa Inc CL A | A | Dividend | J | T | Buy (add'l) | 12/21/16 | J | | |
| 47. | | | | | Sold (part) | 10/07/16 | J | B | |
| 48. | | | | | Sold (part) | 10/14/16 | J | A | |
| 49.   -AMC Networks, Inc. | | None | J | T | Sold (part) | 12/22/16 | J | | |
| 50.   -LVMH MOET | A | Dividend | K | T | Sold (part) | 10/26/16 | J | A | |
| 51. | | | | | Sold (part) | 12/21/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 06/01/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52.   -United Parcel Service | A | Dividend | J | T | Sold<br>(part) | 07/14/16 | J | A | |
| 53. | | | | | Sold<br>(part) | 12/01/16 | J | A | |
| 54. | | | | | Sold<br>(part) | 12/21/16 | J | A | |
| 55.   -The Priceline Group | | None | J | T | Sold<br>(part) | 06/16/16 | J | A | |
| 56. | | | | | Sold<br>(part) | 12/21/16 | J | B | |
| 57.   -Amazon | | None | | | Sold<br>(part) | 01/21/16 | J | B | |
| 58. | | | | | Sold<br>(part) | 01/22/16 | J | B | |
| 59. | | | | | Sold<br>(part) | 06/14/16 | J | B | |
| 60. | | | | | Sold | 08/02/16 | J | C | |
| 61.   -Comcast Corporation | A | Dividend | J | T | Buy<br>(add'l) | 01/28/16 | J | | |
| 62. | | | | | Buy<br>(add'l) | 04/29/16 | J | | |
| 63. | | | | | Sold<br>(part) | 11/11/16 | J | A | |
| 64. | | | | | Sold<br>(part) | 12/21/16 | J | A | |
| 65. | | | | | Buy<br>(add'l) | 12/29/16 | J | | |
| 66.   -General Mills | A | Dividend | | | Sold<br>(part) | 01/08/16 | J | | |
| 67. | | | | | Sold<br>(part) | 01/14/16 | J | A | |
| 68. | | | | | Sold | 01/15/16 | J | A | |

| 1. Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 06/01/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -McDonalds | A | Dividend | K | T | | | | | |
| 70. -Nestle (1) (Y) | | | | | | | | | |
| 71. -Tiffany & Co | A | Dividend | | | Buy (add'l) | 01/20/16 | J | | |
| 72. | | | | | Sold (part) | 05/19/16 | J | | |
| 73. | | | | | Sold | 05/20/16 | J | A | |
| 74. -Twitter | | None | | | Buy (add'l) | 01/08/16 | J | | |
| 75. | | | | | Buy (add'l) | 01/12/16 | J | | |
| 76. | | | | | Buy (add'l) | 01/15/16 | J | | |
| 77. | | | | | Buy (add'l) | 03/01/16 | J | | |
| 78. | | | | | Sold (part) | 05/25/16 | J | | |
| 79. | | | | | Sold (part) | 05/26/16 | J | | |
| 80. | | | | | Sold | 05/27/16 | J | | |
| 81. -Wal-mart Stores | A | Dividend | K | T | Buy (add'l) | 12/29/16 | J | | |
| 82. | | | | | Sold (part) | 05/31/16 | J | A | |
| 83. -Carnival Corp | A | Dividend | K | T | Buy | 01/14/16 | J | | |
| 84. | | | | | Buy (add'l) | 01/15/16 | J | | |
| 85. | | | | | Buy (add'l) | 02/02/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Stahl, Norman H. | 06/01/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Buy (add'l) | 04/20/16 | J | | |
| 87. | | | | | Buy (add'l) | 06/30/16 | J | | |
| 88.   -Estee Lauder | | None | J | T | Buy | 12/27/16 | J | | |
| 89. | | | | | Buy (add'l) | 12/29/16 | J | | |
| 90.   -Facebook Class A | | None | K | T | Buy | 01/20/16 | J | | |
| 91. | | | | | Buy (add'l) | 11/03/16 | J | | |
| 92. | | | | | Buy (add'l) | 11/14/16 | J | | |
| 93. | | | | | Buy (add'l) | 12/01/16 | J | | |
| 94. | | | | | Buy (add'l) | 12/21/16 | J | | |
| 95.   -Fitbit, Inc.Class A | | None | | | Buy | 09/09/16 | J | | |
| 96. | | | | | Buy (add'l) | 09/29/16 | J | | |
| 97. | | | | | Buy (add'l) | 10/12/16 | J | | |
| 98. | | | | | Buy (add'l) | 10/14/16 | J | | |
| 99. | | | | | Sold (part) | 12/16/16 | J | | |
| 100. | | | | | Sold | 12/21/16 | J | | |
| 101.   -Heineken NV FADR | A | Dividend | K | T | Buy | 05/23/16 | J | | |
| 102. | | | | | Buy (add'l) | 08/01/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 06/01/2017 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Buy (add'l) | 09/12/16 | J | | |
| 104. | | | | | Buy (add'l) | 10/26/16 | J | | |
| 105. | | | | | Buy (add'l) | 12/08/16 | J | | |
| 106. | | | | | Sold (part) | 12/21/16 | J | | |
| 107. -Marriott Intl Inc. Class A | A | Dividend | J | T | Buy | 05/26/16 | J | | |
| 108. | | | | | Buy (add'l) | 05/31/16 | J | | |
| 109. | | | | | Buy (add'l) | 06/14/16 | J | | |
| 110. | | | | | Buy (add'l) | 08/02/16 | J | | |
| 111. | | | | | Buy (add'l) | 09/26/16 | J | | |
| 112. | | | | | Sold (part) | 12/21/16 | J | B | |
| 113. -Microsoft Corp | A | Dividend | J | T | Buy | 06/17/16 | J | | |
| 114. | | | | | Buy (add'l) | 06/27/16 | J | | |
| 115. | | | | | Buy (add'l) | 10/19/16 | J | | |
| 116. | | | | | Buy (add'l) | 12/29/16 | J | | |
| 117. -Paypal Holdings | | None | J | T | Buy | 05/19/16 | J | | |
| 118. | | | | | Buy (add'l) | 05/25/16 | J | | |
| 119. | | | | | Buy (add'l) | 07/22/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 06/01/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Buy (add'l) | 12/29/16 | J | | |
| 121.  -Cash, Schwab Govt Money Fund | A | Interest | K | T | | | | | |
| 122.  -Cash, Schwab Deposit Accounts (X) | A | Interest | J | T | | | | | |
| 123.  -Bank of Hapoalim 0.4% CD 1/19/16 | A | Interest | | | Matured | 01/19/16 | N | | |
| 124.  -Bank of the West 0.3% CD 1/15/16 | A | Interest | | | Matured | 01/15/16 | N | | |
| 125.  -US Treasury Bill Due 1/7/16 | | | | | Matured | 01/07/16 | M | | |
| 126.  -US Treasury Bill Due 7/14/16 | A | Interest | | | Buy | 01/14/16 | M | | |
| 127. | | | | | Matured | 07/14/16 | M | | |
| 128.  -US Treasury Bill Due 7/31/17 | | None | M | T | Buy | 07/13/16 | M | | |
| 129.  -Bank of China CD Due 10/27/16 | A | Interest | | | Buy | 07/19/16 | M | | |
| 130. | | | | | Matured | 10/27/16 | M | | |
| 131.  -Everbank CD Due 7/19/16 | A | Interest | | | Buy | 01/06/16 | M | | |
| 132. | | | | | Matured | 07/19/16 | M | | |
| 133.  -Comenity Cap Bank CD Due 7/19/16 | A | Interest | | | Buy | 01/06/16 | M | | |
| 134. | | | | | Matured | 07/19/16 | M | | |
| 135.  -Bank of India CD Due 1/25/17 | | None | M | T | Buy | 07/19/16 | M | | |
| 136.  -First Natl Bank CD 2/6/17 | | None | M | T | Buy | 10/26/16 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 06/01/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | | | | | |
| 138. Trust # 2 IRA (H) | | | | | | | | | |
| 139. -Apple | B | Dividend | K | T | Sold (part) | 03/21/16 | J | | |
| 140. | | | | | Sold (part) | 04/04/16 | J | A | |
| 141. | | | | | Sold (part) | 04/08/16 | J | | |
| 142. | | | | | Sold (part) | 04/11/16 | J | | |
| 143. | | | | | Sold (part) | 04/12/16 | J | | |
| 144. | | | | | Buy (add'l) | 04/29/16 | J | | |
| 145. | | | | | Sold (part) | 06/03/16 | J | | |
| 146. | | | | | Sold (part) | 06/06/16 | J | | |
| 147. | | | | | Sold (part) | 06/08/16 | J | | |
| 148. | | | | | Sold (part) | 07/21/16 | J | | |
| 149. | | | | | Sold (part) | 07/22/16 | J | | |
| 150. | | | | | Sold (part) | 07/28/16 | J | | |
| 151. | | | | | Sold (part) | 09/07/16 | K | A | |
| 152. | | | | | Sold (part) | 09/09/16 | J | | |
| 153. | | | | | Sold (part) | 09/12/16 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Stahl, Norman H. | 06/01/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Sold (part) | 09/13/16 | K | D | |
| 155. | | | | | Sold (part) | 09/14/16 | J | C | |
| 156. | | | | | Sold (part) | 09/15/16 | J | C | |
| 157. | | | | | Buy (add'l) | 11/10/16 | J | | |
| 158.  -Alphabet Inc. Class C | None | M | T | | Sold (part) | 01/05/16 | J | B | |
| 159. | | | | | Buy (add'l) | 04/22/16 | J | | |
| 160. | | | | | Buy (add'l) | 04/26/16 | J | | |
| 161. | | | | | Buy (add'l) | 04/28/16 | J | | |
| 162. | | | | | Sold (part) | 05/23/16 | J | B | |
| 163. | | | | | Sold (part) | 06/01/16 | J | A | |
| 164. | | | | | Sold (part) | 06/14/16 | J | B | |
| 165. | | | | | Sold (part) | 07/20/16 | J | B | |
| 166. | | | | | Sold (part) | 07/29/16 | J | B | |
| 167. | | | | | Sold (part) | 08/01/16 | J | C | |
| 168. | | | | | Sold (part) | 08/02/16 | J | B | |
| 169. | | | | | Sold (part) | 08/19/16 | J | B | |
| 170. | | | | | Sold (part) | 08/23/16 | J | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 06/01/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Sold (part) | 09/27/16 | J | B | |
| 172. | | | | | Buy (add'l) | 12/01/16 | J | | |
| 173.  -Diageo, PLC | C | Dividend | M | T | Buy (add'l) | 04/20/16 | J | | |
| 174. | | | | | Buy (add'l) | 06/13/16 | J | | |
| 175. | | | | | Buy (add'l) | 06/14/16 | J | | |
| 176. | | | | | Sold (part) | 07/11/16 | J | | |
| 177. | | | | | Sold (part) | 07/28/16 | J | | |
| 178. | | | | | Sold (part) | 08/23/16 | J | | |
| 179. | | | | | Sold (part) | 09/28/16 | J | | |
| 180. | | | | | Buy (add'l) | 11/03/16 | J | | |
| 181. | | | | | Buy (add'l) | 11/11/16 | J | | |
| 182. | | | | | Buy (add'l) | 11/22/16 | J | | |
| 183. | | | | | Buy (add'l) | 11/23/16 | J | | |
| 184.  -Nestle | C | Dividend | L | T | Sold (part) | 01/05/16 | J | | |
| 185. | | | | | Buy (add'l) | 03/02/16 | J | | |
| 186. | | | | | Sold (part) | 05/23/16 | J | | |
| 187. | | | | | Sold (part) | 08/23/16 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 06/01/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | Sold (part) | 10/20/16 | J | | |
| 189. | | | | | Sold (part) | 10/21/16 | J | | |
| 190. | | | | | Sold (part) | 10/25/16 | J | A | |
| 191. | | | | | Buy (add'l) | 11/17/16 | J | | |
| 192. | | | | | Buy (add'l) | 11/18/16 | J | | |
| 193. | | | | | Buy (add'l) | 11/22/16 | J | | |
| 194. | | | | | Buy (add'l) | 12/01/16 | J | | |
| 195. | | | | | Buy (add'l) | 12/08/16 | J | | |
| 196. -Time Warner | B | Dividend | L | T | Sold (part) | 06/02/16 | J | | |
| 197. | | | | | Sold (part) | 08/03/16 | J | B | |
| 198. | | | | | Sold (part) | 08/15/16 | J | B | |
| 199. | | | | | Sold (part) | 08/18/16 | J | A | |
| 200. | | | | | Sold (part) | 08/19/16 | J | A | |
| 201. | | | | | Sold (part) | 08/23/16 | J | B | |
| 202. | | | | | Sold (part) | 10/18/16 | J | A | |
| 203. | | | | | Buy (add'l) | 10/24/16 | J | | |
| 204. | | | | | Sold (part) | 11/22/16 | J | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 06/01/2017 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. | | | | | Sold (part) | 12/01/16 | J | D | |
| 206. | | | | | Sold (part) | 12/02/16 | J | C | |
| 207. | | | | | Sold (part) | 12/30/16 | J | A | |
| 208.  -Anheuser-Busch InBev | | None | | | Sold (part) | 01/05/16 | J | C | |
| 209. | | | | | Sold (part) | 01/11/16 | J | | |
| 210. | | | | | Sold | 01/20/16 | K | A | |
| 211.  -Disney Walt Co | B | Dividend | M | T | Buy (add'l) | 01/28/16 | J | | |
| 212. | | | | | Buy (add'l) | 02/10/16 | J | | |
| 213. | | | | | Buy (add'l) | 03/15/16 | J | | |
| 214. | | | | | Buy (add'l) | 03/22/16 | J | | |
| 215. | | | | | Buy (add'l) | 04/05/16 | J | | |
| 216. | | | | | Buy (add'l) | 05/16/16 | J | | |
| 217. | | | | | Buy (add'l) | 06/01/16 | J | | |
| 218. | | | | | Buy (add'l) | 07/26/16 | J | | |
| 219. | | | | | Buy (add'l) | 09/14/16 | J | | |
| 220. | | | | | Buy (add'l) | 09/26/16 | J | | |
| 221. | | | | | Buy (add'l) | 09/27/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 06/01/2017 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. | | | | | Sold (part) | 11/11/16 | J | | |
| 223. | | | | | Sold (part) | 12/02/16 | J | | |
| 224. | | | | | Sold (part) | 12/08/16 | J | A | |
| 225.  -Williams Sonoma | C | Dividend | K | T | Buy (add'l) | 01/13/16 | J | | |
| 226. | | | | | Buy (add'l) | 01/15/16 | J | | |
| 227. | | | | | Buy (add'l) | 05/13/16 | J | | |
| 228. | | | | | Buy (add'l) | 05/18/16 | J | | |
| 229. | | | | | Buy (add'l) | 05/26/16 | J | | |
| 230. | | | | | Sold (part) | 08/23/16 | J | | |
| 231. | | | | | Sold (part) | 08/25/16 | J | | |
| 232. | | | | | Sold (part) | 11/10/16 | J | | |
| 233. | | | | | Sold (part) | 11/14/16 | J | | |
| 234. | | | | | Sold (part) | 11/17/16 | J | | |
| 235. | | | | | Sold (part) | 11/18/16 | J | | |
| 236. | | | | | Sold (part) | 11/21/16 | J | | |
| 237. | | | | | Sold (part) | 11/22/16 | J | B | |
| 238. | | | | | Sold (part) | 12/01/16 | J | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Stahl, Norman H. | 06/01/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. | | | | | Sold (part) | 12/05/16 | J | B | |
| 240. | | | | | Sold (part) | 12/07/16 | J | B | |
| 241. -Cheesecake Factory Inc. | A | Dividend | | | Sold (part) | 02/01/16 | J | | |
| 242. | | | | | Sold (part) | 02/17/16 | J | | |
| 243. | | | | | Sold (part) | 02/22/16 | J | | |
| 244. | | | | | Sold (part) | 02/23/16 | J | A | |
| 245. | | | | | Sold (part) | 02/24/16 | J | A | |
| 246. | | | | | Sold (part) | 03/01/16 | J | A | |
| 247. | | | | | Sold (part) | 05/02/16 | J | B | |
| 248. | | | | | Sold (part) | 05/03/16 | J | B | |
| 249. | | | | | Sold (part) | 05/19/16 | J | | |
| 250. | | | | | Sold (part) | 05/23/16 | J | B | |
| 251. | | | | | Sold (part) | 06/15/16 | J | B | |
| 252. | | | | | Sold (part) | 06/22/16 | J | B | |
| 253. | | | | | Sold (part) | 06/23/16 | J | B | |
| 254. | | | | | Sold (part) | 06/24/16 | J | D | |
| 255. | | | | | Sold | 06/27/16 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Stahl, Norman H. | 06/01/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256.  -Nike Inc. | A | Dividend | M | T | Buy (add'l) | 03/09/16 | J | | |
| 257. | | | | | Buy (add'l) | 04/11/16 | J | | |
| 258. | | | | | Buy (add'l) | 04/27/16 | J | | |
| 259. | | | | | Buy (add'l) | 05/25/16 | J | | |
| 260. | | | | | Buy (add'l) | 05/31/16 | J | | |
| 261. | | | | | Buy (add'l) | 06/02/16 | J | | |
| 262. | | | | | Buy (add'l) | 06/03/16 | J | | |
| 263. | | | | | Buy (add'l) | 06/23/16 | J | | |
| 264. | | | | | Buy (add'l) | 07/28/16 | J | | |
| 265. | | | | | Buy (add'l) | 08/02/16 | J | | |
| 266. | | | | | Buy (add'l) | 08/16/16 | J | | |
| 267. | | | | | Buy (add'l) | 08/26/16 | J | | |
| 268. | | | | | Buy (add'l) | 09/28/16 | J | | |
| 269. | | | | | Buy (add'l) | 10/07/16 | J | | |
| 270. | | | | | Buy (add'l) | 12/06/16 | J | | |
| 271. | | | | | Buy (add'l) | 12/21/16 | J | | |
| 272. | | | | | Buy (add'l) | 12/27/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 06/01/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. | | | | | Buy (add'l) | 12/29/16 | J | | |
| 274.  -Ralph Lauren | A | Dividend | | | Sold (part) | 03/11/16 | J | | |
| 275. | | | | | Sold (part) | 03/18/16 | J | | |
| 276. | | | | | Sold (part) | 03/21/16 | J | | |
| 277. | | | | | Sold (part) | 04/12/16 | J | | |
| 278. | | | | | Sold (part) | 04/13/16 | K | | |
| 279. | | | | | Sold (part) | 04/15/16 | J | | |
| 280. | | | | | Sold (part) | 04/20/16 | J | | |
| 281. | | | | | Sold (part) | 04/25/16 | J | | |
| 282. | | | | | Sold (part) | 04/26/16 | J | | |
| 283. | | | | | Sold (part) | 04/27/16 | J | | |
| 284. | | | | | Sold | 04/28/16 | J | | |
| 285.  -Lululemon Athletica | | None | L | T | Sold (part) | 01/04/16 | J | B | |
| 286. | | | | | Sold (part) | 01/05/16 | J | B | |
| 287. | | | | | Sold (part) | 01/07/16 | J | A | |
| 288. | | | | | Sold (part) | 03/01/16 | J | A | |
| 289. | | | | | Sold (part) | 03/02/16 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 06/01/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. | | | | | Buy (add'l) | 04/11/16 | J | | |
| 291. | | | | | Sold (part) | 06/03/16 | J | B | |
| 292. | | | | | Sold (part) | 06/09/16 | J | C | |
| 293. | | | | | Sold (part) | 06/13/16 | J | B | |
| 294. | | | | | Sold (part) | 06/16/16 | J | B | |
| 295. | | | | | Sold (part) | 06/27/16 | J | B | |
| 296. | | | | | Sold (part) | 07/07/16 | J | B | |
| 297. | | | | | Sold (part) | 07/08/16 | J | B | |
| 298. | | | | | Sold (part) | 07/25/16 | J | B | |
| 299. | | | | | Sold (part) | 08/15/16 | J | B | |
| 300. | | | | | Sold (part) | 08/23/16 | J | B | |
| 301. | | | | | Buy (add'l) | 09/08/16 | J | | |
| 302. | | | | | Buy (add'l) | 09/09/16 | J | | |
| 303. | | | | | Buy (add'l) | 09/13/16 | J | | |
| 304. | | | | | Buy (add'l) | 09/23/16 | J | | |
| 305. | | | | | Buy (add'l) | 09/29/16 | J | | |
| 306. | | | | | Buy (add'l) | 10/04/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 06/01/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. | | | | | Buy (add'l) | 10/17/16 | J | | |
| 308. | | | | | Buy (add'l) | 10/25/16 | J | | |
| 309. | | | | | Sold (part) | 12/07/16 | J | | |
| 310. | | | | | Sold (part) | 12/08/16 | J | A | |
| 311. -AMC Networks Inc. | None | | L | T | Buy (add'l) | 02/25/16 | J | | |
| 312. | | | | | Buy (add'l) | 03/02/16 | J | | |
| 313. | | | | | Buy (add'l) | 03/21/16 | J | | |
| 314. | | | | | Buy (add'l) | 04/04/16 | J | | |
| 315. | | | | | Sold (part) | 05/05/16 | J | | |
| 316. | | | | | Sold (part) | 05/06/16 | J | | |
| 317. | | | | | Buy (add'l) | 07/13/16 | J | | |
| 318. | | | | | Buy (add'l) | 07/15/16 | J | | |
| 319. | | | | | Sold (part) | 11/14/16 | J | | |
| 320. | | | | | Sold (part) | 11/17/16 | J | | |
| 321. | | | | | Sold (part) | 11/22/16 | J | | |
| 322. | | | | | Sold (part) | 12/05/16 | J | | |
| 323. | | | | | Sold (part) | 12/20/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 06/01/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 324. | | | | | Sold (part) | 12/22/16 | J | | |
| 325. -General Mills | A | Dividend | | | Sold (part) | 01/05/16 | J | A | |
| 326. | | | | | Sold (part) | 01/11/16 | J | A | |
| 327. | | | | | Sold (part) | 01/12/16 | J | A | |
| 328. | | | | | Sold (part) | 01/13/16 | J | A | |
| 329. | | | | | Sold (part) | 01/14/16 | K | B | |
| 330. | | | | | Sold | 01/15/16 | K | B | |
| 331. -LVMH MOET | B | Dividend | L | T | Sold (part) | 02/10/16 | J | | |
| 332. | | | | | Buy (add'l) | 04/05/16 | J | | |
| 333. | | | | | Sold (part) | 08/23/16 | J | A | |
| 334. | | | | | Sold (part) | 10/19/16 | J | A | |
| 335. | | | | | Sold (part) | 10/26/16 | J | A | |
| 336. -Priceline Group | | None | L | T | Buy (add'l) | 01/28/16 | J | | |
| 337. | | | | | Buy (add'l) | 02/03/16 | J | | |
| 338. | | | | | Sold (part) | 03/11/16 | J | A | |
| 339. | | | | | Sold (part) | 04/29/16 | J | B | |
| 340. | | | | | Sold (part) | 06/16/16 | J | B | |

1. Income Gain Codes:      A =$1,000 or less          B =$1,001 - $2,500          C =$2,501 - $5,000          D =$5,001 - $15,000          E =$15,001 - $50,000
   (See Columns B1 and D4)    F =$50,001 - $100,000      G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes          J =$15,000 or less        K =$15,001 - $50,000        L =$50,001 - $100,000          M =$100,001 - $250,000
   (See Columns C1 and D3)    N =$250,001 - $500,000     O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
                          P3 =$25,000,001 - $50,000,000                      P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal              R =Cost (Real Estate Only)  S =Assessment                  T =Cash Market
   (See Column C2)        U =Book Value             V =Other                    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 06/01/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. | | | | | Sold (part) | 08/23/16 | J | B | |
| 342. | | | | | Sold (part) | 09/29/16 | J | B | |
| 343. | | | | | Sold (part) | 10/04/16 | J | B | |
| 344. | | | | | Sold (part) | 10/05/16 | J | B | |
| 345. | | | | | Sold (part) | 10/07/16 | J | B | |
| 346. | | | | | Sold (part) | 11/08/16 | J | C | |
| 347. -Starbucks | A | Dividend | L | T | Buy (add'l) | 04/27/16 | J | | |
| 348. | | | | | Buy (add'l) | 05/25/16 | J | | |
| 349. | | | | | Buy (add'l) | 06/08/16 | J | | |
| 350. | | | | | Buy (add'l) | 09/12/16 | J | | |
| 351. | | | | | Buy (add'l) | 09/13/16 | J | | |
| 352. | | | | | Buy (add'l) | 10/05/16 | J | | |
| 353. | | | | | Buy (add'l) | 10/25/16 | J | | |
| 354. | | | | | Buy (add'l) | 11/09/16 | J | | |
| 355. | | | | | Buy (add'l) | 11/10/16 | J | | |
| 356. -United Parcel Service | C | Dividend | L | T | Buy (add'l) | 01/04/16 | J | | |
| 357. | | | | | Sold (part) | 02/09/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. | | | | | Sold (part) | 06/10/16 | J | A | |
| 359. | | | | | Sold (part) | 06/17/16 | J | A | |
| 360. | | | | | Sold (part) | 07/14/16 | J | A | |
| 361. | | | | | Sold (part) | 07/18/16 | J | A | |
| 362. | | | | | Sold (part) | 08/23/16 | J | A | |
| 363. | | | | | Sold (part) | 10/11/16 | J | A | |
| 364. | | | | | Sold (part) | 10/14/16 | J | A | |
| 365. | | | | | Sold (part) | 11/08/16 | J | A | |
| 366. | | | | | Sold (part) | 11/10/16 | J | A | |
| 367. | | | | | Sold (part) | 11/14/16 | J | A | |
| 368. | | | | | Sold (part) | 11/18/16 | J | A | |
| 369. | | | | | Sold (part) | 12/01/16 | J | A | |
| 370. | | | | | Sold (part) | 12/02/16 | J | A | |
| 371. -Visa, Inc. | A | Dividend | L | T | Sold (part) | 01/05/16 | J | B | |
| 372. | | | | | Buy (add'l) | 03/14/16 | J | | |
| 373. | | | | | Sold (part) | 05/23/16 | K | D | |
| 374. | | | | | Sold (part) | 08/23/16 | J | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 375. | | | | | Sold (part) | 09/12/16 | J | C | |
| 376. | | | | | Sold (part) | 09/26/16 | J | B | |
| 377. | | | | | Sold (part) | 09/30/16 | J | C | |
| 378. | | | | | Sold (part) | 10/07/16 | J | B | |
| 379. | | | | | Sold (part) | 10/21/16 | J | B | |
| 380. | | | | | Sold (part) | 10/24/16 | J | B | |
| 381. | | | | | Buy (add'l) | 11/22/16 | J | | |
| 382. | | | | | Buy (add'l) | 12/01/16 | J | | |
| 383. | | | | | Buy (add'l) | 12/16/16 | J | | |
| 384. | | | | | Buy (add'l) | 12/22/16 | J | | |
| 385. -Amazon | None | | | | Sold (part) | 01/05/16 | J | B | |
| 386. | | | | | Buy (add'l) | 03/18/16 | J | | |
| 387. | | | | | Buy (add'l) | 03/21/16 | J | | |
| 388. | | | | | Sold (part) | 06/14/16 | J | B | |
| 389. | | | | | Sold (part) | 06/28/16 | J | C | |
| 390. | | | | | Sold (part) | 07/11/16 | J | B | |
| 391. | | | | | Sold (part) | 07/21/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 06/01/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 392. | | | | | Sold | 08/02/16 | J | B | |
| 393.  -Comcast | C | Dividend | L | T | Buy (add'l) | 01/04/16 | J | | |
| 394. | | | | | Sold (part) | 06/27/16 | J | A | |
| 395. | | | | | Sold (part) | 06/28/16 | J | A | |
| 396. | | | | | Sold (part) | 07/08/16 | J | A | |
| 397. | | | | | Sold (part) | 10/14/16 | J | A | |
| 398. | | | | | Sold (part) | 11/11/16 | J | A | |
| 399. | | | | | Sold (part) | 11/17/16 | J | A | |
| 400. | | | | | Sold (part) | 11/23/16 | J | A | |
| 401. | | | | | Sold (part) | 12/02/16 | J | A | |
| 402.  -McDonalds | C | Dividend | M | T | Sold (part) | 01/05/16 | J | B | |
| 403. | | | | | Sold (part) | 01/08/16 | J | A | |
| 404. | | | | | Sold (part) | 01/21/16 | J | B | |
| 405. | | | | | Sold (part) | 01/25/16 | J | A | |
| 406. | | | | | Sold (part) | 04/05/16 | J | A | |
| 407. | | | | | Sold (part) | 04/07/16 | J | A | |
| 408. | | | | | Sold (part) | 05/23/16 | K | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 06/01/2017 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 409. | | | | | Buy (add'l) | 06/02/16 | K | | |
| 410. | | | | | Buy (add'l) | 07/27/16 | J | | |
| 411. | | | | | Buy (add'l) | 08/02/16 | J | | |
| 412. | | | | | Buy (add'l) | 08/19/16 | J | | |
| 413. | | | | | Sold (part) | 09/29/16 | J | | |
| 414. | | | | | Buy (add'l) | 10/24/16 | J | | |
| 415. | | | | | Buy (add'l) | 10/25/16 | J | | |
| 416. -Tiffany & Co | A | Dividend | | | Buy (add'l) | 01/19/16 | J | | |
| 417. | | | | | Sold (part) | 04/26/16 | J | | |
| 418. | | | | | Sold (part) | 05/18/16 | J | | |
| 419. | | | | | Sold (part) | 05/19/16 | K | | |
| 420. | | | | | Sold | 05/20/16 | J | A | |
| 421. -Twitter | | None | | | Buy (add'l) | 01/04/16 | J | | |
| 422. | | | | | Buy (add'l) | 01/07/16 | J | | |
| 423. | | | | | Buy (add'l) | 01/08/16 | J | | |
| 424. | | | | | Buy (add'l) | 01/11/16 | J | | |
| 425. | | | | | Buy (add'l) | 01/12/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 426. | | | | | Buy (add'l) | 01/14/16 | J | | |
| 427. | | | | | Buy (add'l) | 01/15/16 | J | | |
| 428. | | | | | Buy (add'l) | 02/02/16 | J | | |
| 429. | | | | | Buy (add'l) | 02/11/16 | J | | |
| 430. | | | | | Buy (add'l) | 02/25/16 | J | | |
| 431. | | | | | Buy (add'l) | 03/01/16 | J | | |
| 432. | | | | | Buy (add'l) | 05/02/16 | J | | |
| 433. | | | | | Sold (part) | 05/25/16 | K | | |
| 434. | | | | | Sold (part) | 05/26/16 | K | | |
| 435. | | | | | Sold | 05/27/16 | J | A | |
| 436. -Walmart | C | Dividend | M | T | Sold (part) | 01/25/16 | J | | |
| 437. | | | | | Sold (part) | 01/26/16 | J | | |
| 438. | | | | | Sold (part) | 02/03/16 | J | A | |
| 439. | | | | | Sold (part) | 02/05/16 | J | A | |
| 440. | | | | | Sold (part) | 05/31/16 | J | B | |
| 441. | | | | | Sold (part) | 06/10/16 | J | A | |
| 442. | | | | | Buy (add'l) | 08/19/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 30 of 55

**Name of Person Reporting**

Stahl, Norman H.

**Date of Report**

06/01/2017

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 443. | | | | | Buy (add'l) | 08/25/16 | J | | |
| 444. | | | | | Sold (part) | 10/04/16 | J | | |
| 445. | | | | | Sold (part) | 11/10/16 | J | B | |
| 446. | | | | | Buy (add'l) | 11/17/16 | J | | |
| 447. | | | | | Sold (part) | 12/02/16 | J | | |
| 448. | | | | | Buy (add'l) | 12/09/16 | J | | |
| 449.   -Carnival Corp | B | Dividend | L | T | Buy | 01/14/16 | K | | |
| 450. | | | | | Buy (add'l) | 01/15/16 | K | | |
| 451. | | | | | Buy (add'l) | 01/27/16 | J | | |
| 452. | | | | | Buy (add'l) | 01/28/16 | J | | |
| 453. | | | | | Buy (add'l) | 02/02/16 | J | | |
| 454. | | | | | Buy (add'l) | 02/05/16 | J | | |
| 455. | | | | | Buy (add'l) | 03/03/16 | J | | |
| 456. | | | | | Buy (add'l) | 03/04/16 | J | | |
| 457. | | | | | Buy (add'l) | 03/08/16 | J | | |
| 458. | | | | | Buy (add'l) | 04/15/16 | J | | |
| 459. | | | | | Buy (add'l) | 04/20/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 31 of 55

**Name of Person Reporting**

Stahl, Norman H.

**Date of Report**

06/01/2017

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 460. | | | | | Buy (add'l) | 04/28/16 | J | | |
| 461. | | | | | Buy (add'l) | 06/06/16 | J | | |
| 462. | | | | | Buy (add'l) | 06/28/16 | J | | |
| 463. | | | | | Sold (part) | 08/23/16 | J | | |
| 464. | | | | | Buy (add'l) | 09/02/16 | J | | |
| 465. | | | | | Buy (add'l) | 09/07/16 | J | | |
| 466. | | | | | Sold (part) | 11/03/16 | J | | |
| 467. -Estee Lauder Co, Inc. Class A | None | | | | Buy | 12/16/16 | K | | |
| 468. -Facebook, Inc. Class A | None | L | T | | Buy | 01/20/16 | K | | |
| 469. | | | | | Buy (add'l) | 02/05/16 | J | | |
| 470. | | | | | Buy (add'l) | 04/13/16 | J | | |
| 471. | | | | | Buy (add'l) | 04/18/16 | J | | |
| 472. | | | | | Buy (add'l) | 04/27/16 | J | | |
| 473. | | | | | Sold (part) | 05/13/16 | J | A | |
| 474. | | | | | Sold (part) | 07/20/16 | J | A | |
| 475. | | | | | Sold (part) | 07/27/16 | J | A | |
| 476. | | | | | Sold (part) | 08/23/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 32 of 55

**Name of Person Reporting**

Stahl, Norman H.

**Date of Report**

06/01/2017

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 477. | | | | | Sold (part) | 09/07/16 | J | B | |
| 478. | | | | | Buy (add'l) | 09/29/16 | J | | |
| 479. | | | | | Buy (add'l) | 11/03/16 | J | | |
| 480. | | | | | Buy (add'l) | 11/08/16 | J | | |
| 481. | | | | | Buy (add'l) | 11/10/16 | J | | |
| 482. | | | | | Buy (add'l) | 11/11/16 | K | | |
| 483. | | | | | Buy (add'l) | 11/14/16 | J | | |
| 484. | | | | | Buy (add'l) | 12/01/16 | J | | |
| 485. | | | | | Buy (add'l) | 12/21/16 | J | | |
| 486. | | | | | Buy (add'l) | 12/30/16 | J | | |
| 487. -Fitbit Inc. Class A | None | | | | Buy | 09/09/16 | J | | |
| 488. | | | | | Buy (add'l) | 09/13/16 | J | | |
| 489. | | | | | Buy (add'l) | 09/29/16 | J | | |
| 490. | | | | | Buy (add'l) | 10/06/16 | J | | |
| 491. | | | | | Buy (add'l) | 10/11/16 | J | | |
| 492. | | | | | Buy (add'l) | 10/14/16 | J | | |
| 493. | | | | | Buy (add'l) | 10/21/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 06/01/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 494. | | | | | Buy (add'l) | 10/24/16 | J | | |
| 495. | | | | | Buy (add'l) | 10/25/16 | J | | |
| 496. | | | | | Sold (part) | 12/16/16 | J | | |
| 497. | | | | | Sold (part) | 12/19/16 | J | | |
| 498. | | | | | Sold | 12/21/16 | J | | |
| 499.  -Heineken NV | A | Dividend | L | T | Buy | 05/04/16 | J | | |
| 500. | | | | | Buy (add'l) | 05/05/16 | J | | |
| 501. | | | | | Buy (add'l) | 05/19/16 | J | | |
| 502. | | | | | Buy (add'l) | 05/23/16 | J | | |
| 503. | | | | | Buy (add'l) | 05/25/16 | J | | |
| 504. | | | | | Buy (add'l) | 06/09/16 | J | | |
| 505. | | | | | Buy (add'l) | 06/13/16 | J | | |
| 506. | | | | | Buy (add'l) | 08/01/16 | J | | |
| 507. | | | | | Buy (add'l) | 08/04/16 | J | | |
| 508. | | | | | Buy (add'l) | 08/16/16 | J | | |
| 509. | | | | | Buy (add'l) | 09/09/16 | J | | |
| 510. | | | | | Buy (add'l) | 09/12/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 06/01/2017 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 511. | | | | | Buy (add'l) | 09/13/16 | J | | |
| 512. | | | | | Buy (add'l) | 10/25/16 | J | | |
| 513. | | | | | Buy (add'l) | 10/26/16 | J | | |
| 514. | | | | | Buy (add'l) | 11/09/16 | J | | |
| 515. | | | | | Buy (add'l) | 11/10/16 | J | | |
| 516. | | | | | Buy (add'l) | 11/18/16 | J | | |
| 517. | | | | | Buy (add'l) | 12/01/16 | J | | |
| 518. | | | | | Buy (add'l) | 12/07/16 | J | | |
| 519. | | | | | Buy (add'l) | 12/08/16 | J | | |
| 520. | | | | | Buy (add'l) | 12/22/16 | J | | |
| 521.  -Marriott Intl Inc. Class A | A | Dividend | L | T | Buy | 05/26/16 | J | | |
| 522. | | | | | Buy (add'l) | 05/27/16 | J | | |
| 523. | | | | | Buy (add'l) | 05/31/16 | J | | |
| 524. | | | | | Buy (add'l) | 06/03/16 | J | | |
| 525. | | | | | Buy (add'l) | 06/07/16 | J | | |
| 526. | | | | | Buy (add'l) | 06/09/16 | J | | |
| 527. | | | | | Buy (add'l) | 06/10/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

Name of Person Reporting

Stahl, Norman H.

Date of Report

06/01/2017

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 528. | | | | | Buy (add'l) | 06/14/16 | J | | |
| 529. | | | | | Buy (add'l) | 06/27/16 | J | | |
| 530. | | | | | Buy (add'l) | 08/02/16 | J | | |
| 531. | | | | | Buy (add'l) | 09/09/16 | J | | |
| 532. | | | | | Buy (add'l) | 09/14/16 | J | | |
| 533. | | | | | Buy (add'l) | 09/22/16 | J | | |
| 534. | | | | | Buy (add'l) | 09/23/16 | J | | |
| 535. | | | | | Buy (add'l) | 09/26/16 | J | | |
| 536. | | | | | Buy (add'l) | 09/30/16 | J | | |
| 537. | | | | | Buy (add'l) | 10/06/16 | J | | |
| 538. | | | | | Sold (part) | 12/01/16 | J | B | |
| 539. | | | | | Sold (part) | 12/02/16 | J | A | |
| 540. | | | | | Sold (part) | 12/13/16 | J | A | |
| 541. | | | | | Sold (part) | 12/16/16 | J | B | |
| 542. -Microsoft Corp | A | Dividend | L | T | Buy | 06/17/16 | K | | |
| 543. | | | | | Buy (add'l) | 06/24/16 | K | | |
| 544. | | | | | Buy (add'l) | 06/27/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 545. | | | | | Buy (add'l) | 08/16/16 | J | | |
| 546. | | | | | Buy (add'l) | 09/13/16 | J | | |
| 547. | | | | | Buy (add'l) | 09/23/16 | J | | |
| 548. | | | | | Buy (add'l) | 10/19/16 | J | | |
| 549. | | | | | Buy (add'l) | 11/10/16 | J | | |
| 550. | | | | | Buy (add'l) | 12/01/16 | J | | |
| 551. | | | | | Sold (part) | 12/22/16 | J | A | |
| 552. -Paypal Holdings Inco | None | L | T | | Buy | 05/18/16 | J | | |
| 553. | | | | | Buy (add'l) | 05/19/16 | K | | |
| 554. | | | | | Buy (add'l) | 05/20/16 | K | | |
| 555. | | | | | Buy (add'l) | 05/31/16 | J | | |
| 556. | | | | | Buy (add'l) | 06/08/16 | J | | |
| 557. | | | | | Buy (add'l) | 06/09/16 | J | | |
| 558. | | | | | Buy (add'l) | 06/15/16 | J | | |
| 559. | | | | | Buy (add'l) | 07/22/16 | K | | |
| 560. | | | | | Buy (add'l) | 08/03/16 | J | | |
| 561. | | | | | Buy (add'l) | 09/20/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

# FINANCIAL DISCLOSURE REPORT
Page 37 of 55

Name of Person Reporting

Stahl, Norman H.

Date of Report

06/01/2017

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 562. | | | | | Sold (part) | 10/24/16 | J | A | |
| 563. | | | | | Buy (add'l) | 12/01/16 | J | | |
| 564.  -Cash, Schwab Govt Money Fund | A | Interest | J | T | | | | | |
| 565.  -Cash, Schwab Deposit Accounts (X) | A | Interest | J | T | | | | | |
| 566.  -US Treasury Bill Due 1/7/16 | A | Interest | | | Matured | 01/07/16 | M | | |
| 567.  -Bank of China 0.25% CD Due 1/15/16 | A | Interest | | | Matured | 01/15/16 | M | | |
| 568.  -Bank of the West 0.3% CD Due 1/15/16 | A | Interest | | | Matured | 01/15/16 | M | | |
| 569.  -Bank Baroda NY 0.3% CD Due 1/13/16 | A | Interest | | | Matured | 01/13/16 | M | | |
| 570.  -Bank Hapoalim 0.4% CD Due 1/19/16 | A | Interest | | | Matured | 01/19/16 | M | | |
| 571.  -US Treasury Bill Due 1/6/16 | | | | | Buy | 01/06/16 | M | | |
| 572. | | | | | Matured | 07/07/16 | M | | |
| 573.  -Santander Bank CD Due 10/20/16 | B | Interest | | | Buy | 01/14/16 | M | | |
| 574. | | | | | Matured | 10/20/16 | M | | |
| 575.  -Mizuho Bank CD Due 7/20/16 | A | Interest | | | Buy | 01/14/16 | M | | |
| 576. | | | | | Matured | 07/20/16 | M | | |
| 577.  -Safra Natl Bank CD Due 10/28/16 | B | Interest | | | Buy | 01/14/16 | M | | |
| 578. | | | | | Matured | 10/28/16 | M | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 579.  -Goldman Sachs Bank CD Due 10/13/16 | B | Interest | | | Buy | 01/06/16 | M | | |
| 580. | | | | | Matured | 10/13/16 | M | | |
| 581.  -Bank of China New CD 7/13/17 | | None | M | T | Buy | 07/08/16 | M | | |
| 582.  -Bank of India CD Due 1/25/17 | | None | M | T | Buy | 10/20/16 | M | | |
| 583.  -Capital One Bank CD Due 4/19/17 | | None | M | T | Buy | 10/13/16 | M | | |
| 584.  -Citizens Bank CD Due 2/2/17 | | None | M | T | Buy | 10/26/16 | M | | |
| 585.  -Wells Fargo Bank CD Due 11/3/17 | A | Interest | M | T | Buy | 07/19/16 | M | | |
| 586. | | | | | | | | | |
| 587.  Trust # 3 (H) | | | | | | | | | |
| 588.  -Exxon Mobil | D | Dividend | M | T | Donated (part) | | | | |
| 589.  -Pepsico | C | Dividend | M | T | | | | | |
| 590.  -Diageo PLC | B | Dividend | L | T | Buy (add'l) | 04/20/16 | J | | |
| 591. | | | | | Buy (add'l) | 06/14/16 | J | | |
| 592. | | | | | Sold (part) | 09/27/16 | J | A | |
| 593. | | | | | Buy (add'l) | 11/21/16 | J | | |
| 594. | | | | | Buy (add'l) | 11/22/16 | J | | |
| 595.  -Alphabet Inc. Class C | | None | L | T | Sold (part) | 01/06/16 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 596. | | | | | Sold (part) | 06/14/16 | J | A | |
| 597. | | | | | Sold (part) | 08/24/16 | J | B | |
| 598. -Nestle | B | Dividend | K | T | Sold (part) | 10/21/16 | J | | |
| 599. | | | | | Sold (part) | 10/25/16 | J | A | |
| 600. | | | | | Sold (part) | 11/01/16 | J | A | |
| 601. -Time Warner Inc | B | Dividend | L | T | Buy (add'l) | 02/10/16 | J | | |
| 602. | | | | | Sold (part) | 08/24/16 | J | B | |
| 603. -Anheuser-Busch InBev | | None | | | Sold (part) | 01/11/16 | J | B | |
| 604. | | | | | Sold | 01/20/16 | K | D | |
| 605. -Disney Walt Co | A | Dividend | L | T | | | | | |
| 606. -Williams Sonoma | B | Dividend | K | T | Buy (add'l) | 01/06/16 | J | | |
| 607. | | | | | Buy (add'l) | 01/13/16 | J | | |
| 608. | | | | | Buy (add'l) | 01/14/16 | J | | |
| 609. | | | | | Buy (add'l) | 02/25/16 | J | | |
| 610. | | | | | Buy (add'l) | 05/26/16 | J | | |
| 611. | | | | | Buy (add'l) | 06/09/16 | J | | |
| 612. | | | | | Sold (part) | 09/29/16 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 613. | | | | | Sold (part) | 09/30/16 | J | | |
| 614. | | | | | Sold (part) | 10/07/16 | J | | |
| 615. | | | | | Sold (part) | 11/01/16 | J | | |
| 616. | | | | | Sold (part) | 11/18/16 | J | A | |
| 617. | | | | | Sold (part) | 12/01/16 | J | B | |
| 618. -Cheesecake Factory | A | Dividend | | | Sold (part) | 02/24/16 | J | | |
| 619. | | | | | Sold (part) | 03/01/16 | J | | |
| 620. | | | | | Sold (part) | 05/02/16 | J | A | |
| 621. | | | | | Sold (part) | 05/03/16 | J | B | |
| 622. | | | | | Sold (part) | 05/23/16 | J | B | |
| 623. | | | | | Sold (part) | 06/17/16 | J | C | |
| 624. | | | | | Sold | 06/24/16 | J | D | |
| 625. -Nike Inc Class B | A | Dividend | L | T | Buy (add'l) | 05/25/16 | J | | |
| 626. | | | | | Buy (add'l) | 05/31/16 | J | | |
| 627. | | | | | Buy (add'l) | 06/23/16 | J | | |
| 628. | | | | | Buy (add'l) | 08/26/16 | J | | |
| 629. | | | | | Buy (add'l) | 09/08/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 630. | | | | | Buy (add'l) | 10/07/16 | J | | |
| 631. | | | | | Buy (add'l) | 12/06/16 | J | | |
| 632. | | | | | Buy (add'l) | 12/21/16 | J | | |
| 633. -Apple | B | Dividend | K | T | Buy (add'l) | 01/27/16 | J | | |
| 634. | | | | | Sold (part) | 04/04/16 | J | | |
| 635. | | | | | Sold (part) | 06/08/16 | J | A | |
| 636. | | | | | Sold (part) | 06/09/16 | J | B | |
| 637. | | | | | Sold (part) | 07/21/16 | J | A | |
| 638. | | | | | Sold (part) | 09/09/16 | J | C | |
| 639. | | | | | Sold (part) | 09/12/16 | J | B | |
| 640. | | | | | Sold (part) | 09/14/16 | J | C | |
| 641. -Ralph Lauren | A | Dividend | | | Sold (part) | 03/11/16 | J | | |
| 642. | | | | | Sold (part) | 03/21/16 | J | | |
| 643. | | | | | Sold (part) | 04/15/16 | J | | |
| 644. | | | | | Sold (part) | 04/20/16 | J | | |
| 645. | | | | | Sold (part) | 04/26/16 | J | | |
| 646. | | | | | Sold (part) | 04/27/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 647. | | | | | Sold | 04/28/16 | J | | |
| 648.  -Lululemon Athletics | | None | K | T | Sold (part) | 03/01/16 | J | A | |
| 649. | | | | | Sold (part) | 03/02/16 | J | A | |
| 650. | | | | | Sold (part) | 06/09/16 | J | B | |
| 651. | | | | | Sold (part) | 06/16/16 | J | B | |
| 652. | | | | | Sold (part) | 07/07/16 | J | A | |
| 653. | | | | | Sold (part) | 08/26/16 | J | B | |
| 654. | | | | | Buy (add'l) | 10/07/16 | J | | |
| 655. | | | | | Buy (add'l) | 10/14/16 | J | | |
| 656.  -AMC Networks | | None | K | T | Sold (part) | 01/06/16 | J | | |
| 657. | | | | | Buy (add'l) | 04/04/16 | J | | |
| 658. | | | | | Sold (part) | 05/10/16 | J | A | |
| 659. | | | | | Sold (part) | 06/30/16 | J | | |
| 660. | | | | | Buy (add'l) | 08/24/16 | J | | |
| 661. | | | | | Sold (part) | 11/01/16 | J | | |
| 662. | | | | | Sold (part) | 11/11/16 | J | | |
| 663. | | | | | Sold (part) | 11/22/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

Stahl, Norman H.                                    06/01/2017

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐     NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 664. | | | | | Sold (part) | 12/19/16 | J | | |
| 665. | | | | | Sold (part) | 12/22/16 | J | | |
| 666. | | | | | Sold (part) | 12/27/16 | J | | |
| 667. | | | | | Sold (part) | 12/30/16 | J | | |
| 668.   -LVMH MOET | B | Dividend | L | T | Sold (part) | 02/10/16 | J | | |
| 669. | | | | | Buy (add'l) | 04/05/16 | J | | |
| 670. | | | | | Sold (part) | 10/19/16 | J | A | |
| 671. | | | | | Sold (part) | 10/26/16 | J | A | |
| 672.   -The Priceline Group | | None | K | T | Sold (part) | 04/29/16 | J | A | |
| 673. | | | | | Sold (part) | 06/16/16 | J | A | |
| 674. | | | | | Sold (part) | 06/23/16 | J | B | |
| 675. | | | | | Sold (part) | 10/07/16 | J | B | |
| 676. | | | | | Sold (part) | 11/01/16 | J | B | |
| 677.   -Starbucks | A | Dividend | K | T | | | | | |
| 678.   -United Parcel Service | B | Dividend | L | T | Sold (part) | 07/14/16 | J | A | |
| 679. | | | | | Sold (part) | 10/12/16 | J | A | |
| 680. | | | | | Sold (part) | 12/01/16 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

**FINANCIAL DISCLOSURE REPORT**          Name of Person Reporting          Date of Report

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 681.  -Visa | A | Dividend | K | T | Sold (part) | 09/02/16 | J | C | |
| 682. | | | | | Sold (part) | 09/08/16 | J | C | |
| 683. | | | | | Sold (part) | 09/12/16 | J | B | |
| 684. | | | | | Sold (part) | 10/07/16 | J | B | |
| 685. | | | | | Sold (part) | 10/14/16 | J | B | |
| 686.  -Amazon | | None | | | Sold (part) | 01/21/16 | J | D | |
| 687. | | | | | Sold (part) | 01/22/16 | J | B | |
| 688. | | | | | Sold (part) | 01/25/16 | J | B | |
| 689. | | | | | Sold (part) | 01/25/16 | J | C | |
| 690. | | | | | Sold (part) | 06/14/16 | J | D | |
| 691. | | | | | Sold | 08/02/16 | K | D | |
| 692.  -Comcast | A | Dividend | L | T | Buy (add'l) | 01/06/16 | J | | |
| 693. | | | | | Buy (add'l) | 01/28/16 | J | | |
| 694. | | | | | Buy (add'l) | 03/14/16 | J | | |
| 695. | | | | | Buy (add'l) | 04/29/16 | J | | |
| 696. | | | | | Sold (part) | 11/11/16 | J | A | |
| 697.  -General Mills | A | Dividend | | | Sold (part) | 01/13/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 698. | | | | | Sold (part) | 01/14/16 | K | A | |
| 699. | | | | | Sold | 01/15/16 | K | A | |
| 700.  -McDonalds | B | Dividend | L | T | Sold (part) | 06/28/16 | J | A | |
| 701.  -Tiffany & Co | A | Dividend | | | Buy (add'l) | 01/21/16 | J | | |
| 702. | | | | | Sold (part) | 04/08/16 | J | | |
| 703. | | | | | Sold (part) | 04/13/16 | J | | |
| 704. | | | | | Sold (part) | 05/19/16 | J | | |
| 705. | | | | | Sold | 05/20/16 | J | A | |
| 706.  -Twitter | | None | | | Buy (add'l) | 01/06/16 | J | | |
| 707. | | | | | Buy (add'l) | 01/13/16 | J | | |
| 708. | | | | | Buy (add'l) | 01/14/16 | J | | |
| 709. | | | | | Buy (add'l) | 01/20/16 | J | | |
| 710. | | | | | Buy (add'l) | 02/11/16 | J | | |
| 711. | | | | | Buy (add'l) | 03/01/16 | J | | |
| 712. | | | | | Buy (add'l) | 05/02/16 | J | | |
| 713. | | | | | Sold (part) | 05/25/16 | K | | |
| 714. | | | | | Sold (part) | 05/26/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐　NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 715. | | | | | Sold | 05/27/16 | J | A | |
| 716.　-Wal-Mart Stores | B | Dividend | L | T | Sold (part) | 02/05/16 | J | A | |
| 717. | | | | | Sold (part) | 05/31/16 | J | A | |
| 718. | | | | | Sold (part) | 06/10/16 | J | | |
| 719.　-Carnival Corp | B | Dividend | L | T | Buy | 01/14/16 | J | | |
| 720. | | | | | Buy (add'l) | 01/15/16 | K | | |
| 721. | | | | | Buy (add'l) | 02/05/16 | J | | |
| 722. | | | | | Buy (add'l) | 03/03/16 | J | | |
| 723. | | | | | Buy (add'l) | 05/26/16 | J | | |
| 724. | | | | | Buy (add'l) | 06/28/16 | J | | |
| 725. | | | | | Buy (add'l) | 07/15/16 | J | | |
| 726. | | | | | Buy (add'l) | 09/02/16 | J | | |
| 727. | | | | | Sold (part) | 11/01/16 | J | | |
| 728.　-Estee Lauder Co, Inc. Class A | | None | J | T | Buy | 12/16/16 | J | | |
| 729. | | | | | Buy (add'l) | 12/27/16 | J | | |
| 730. | | | | | Buy (add'l) | 12/30/16 | J | | |
| 731.　-Facebook Inc Class A | | None | K | T | Buy | 01/20/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT
| | Name of Person Reporting | Date of Report |
|---|---|---|

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 732. | | | | | Buy (add'l) | 04/15/16 | J | | |
| 733. | | | | | Buy (add'l) | 04/27/16 | J | | |
| 734. | | | | | Buy (add'l) | 11/14/16 | J | | |
| 735. | | | | | Buy (add'l) | 11/18/16 | J | | |
| 736. | | | | | Buy (add'l) | 12/01/16 | J | | |
| 737. -Fitbit, Inc. Class A | None | | | | Buy | 09/09/16 | J | | |
| 738. | | | | | Buy (add'l) | 09/14/16 | J | | |
| 739. | | | | | Buy (add'l) | 09/20/16 | J | | |
| 740. | | | | | Buy (add'l) | 09/29/16 | J | | |
| 741. | | | | | Buy (add'l) | 10/07/16 | J | | |
| 742. | | | | | Buy (add'l) | 10/12/16 | J | | |
| 743. | | | | | Buy (add'l) | 10/21/16 | J | | |
| 744. | | | | | Buy (add'l) | 10/25/16 | J | | |
| 745. | | | | | Sold (part) | 12/13/16 | J | | |
| 746. | | | | | Sold (part) | 12/16/16 | J | | |
| 747. | | | | | Sold (part) | 12/20/16 | J | | |
| 748. | | | | | Sold | 12/21/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| | Name of Person Reporting | Date of Report |
|---|---|---|

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐    NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 749. -Heineken NV | A | Dividend | K | T | Buy | 05/03/16 | J | | |
| 750. | | | | | Buy (add'l) | 05/10/16 | J | | |
| 751. | | | | | Buy (add'l) | 05/23/16 | J | | |
| 752. | | | | | Buy (add'l) | 08/01/16 | J | | |
| 753. | | | | | Buy (add'l) | 08/24/16 | J | | |
| 754. | | | | | Buy (add'l) | 09/12/16 | J | | |
| 755. | | | | | Buy (add'l) | 10/25/16 | J | | |
| 756. | | | | | Buy (add'l) | 10/26/16 | J | | |
| 757. | | | | | Buy (add'l) | 12/15/16 | J | | |
| 758. -Marriott Intl Inc. Class A | A | Dividend | L | T | Buy | 05/26/16 | J | | |
| 759. | | | | | Buy (add'l) | 05/27/16 | J | | |
| 760. | | | | | Buy (add'l) | 05/31/16 | J | | |
| 761. | | | | | Buy (add'l) | 06/09/16 | J | | |
| 762. | | | | | Buy (add'l) | 06/16/16 | J | | |
| 763. | | | | | Buy (add'l) | 06/27/16 | J | | |
| 764. | | | | | Buy (add'l) | 08/02/16 | J | | |
| 765. | | | | | Buy (add'l) | 09/28/16 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 766. | | | | | Buy (add'l) | 09/30/16 | J | | |
| 767.   -Microsoft Corp | A | Dividend | K | T | Buy | 06/17/16 | J | | |
| 768. | | | | | Buy (add'l) | 06/24/16 | J | | |
| 769. | | | | | Buy (add'l) | 09/13/16 | J | | |
| 770. | | | | | Buy (add'l) | 09/14/16 | J | | |
| 771. | | | | | Buy (add'l) | 10/19/16 | J | | |
| 772.   -Paypal Holdings Inco | | None | L | T | Buy | 05/19/16 | J | | |
| 773. | | | | | Buy (add'l) | 05/20/16 | J | | |
| 774. | | | | | Buy (add'l) | 06/08/16 | J | | |
| 775. | | | | | Buy (add'l) | 06/10/16 | J | | |
| 776. | | | | | Buy (add'l) | 08/02/16 | K | | |
| 777.   -US Treasury Bill Due 1/7/16 | A | Interest | | | Matured | 01/07/16 | N | | |
| 778.   -US Treasury Bill Due 7/7/16 | A | Interest | | | Buy | 01/06/16 | N | | |
| 779. | | | | | Matured | 07/07/16 | N | | |
| 780.   -US Treasury Bill Due 5/4/17 | | None | N | T | Buy | 11/03/16 | N | | |
| 781.   -Bank of India CD Due 2/8/17 | | None | J | T | Buy | 11/03/16 | J | | |
| 782.   -Cash, Schwab Govt Money Fund | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 783. | | | | | | | | | |
| 784. Trust # 4 (H) | | | | | | | | | |
| 785. Cash, Sch MA Muni MMF (X) | A | Interest | J | T | | | | | |
| 786. -Massachusetts St Dev Fin Bond, 5%, 09/01/2019 | A | Interest | K | T | | | | | |
| 787. -Town of Braintree MA 5%, 05/15/2019 | B | Interest | K | T | | | | | |
| 788. -Houston Tex ARPT Sys Rev 5%, 07/01/2021 | A | Interest | K | T | | | | | |
| 789. -Massachusetts St Wtr 5 %, 08/01/2021 | A | Interest | K | T | | | | | |
| 790. -Broward Cnty Fla 5%, 10/01/2017 | A | Interest | J | T | Sold (part) | 06/14/16 | K | A | |
| 791. -Pittsfield Mass Rfdg St 5%, 03/01/2020 | B | Interest | K | T | | | | | |
| 792. -Massachusetts Bay Transn Auth 5% 07/01/2022 | B | Interest | K | T | | | | | |
| 793. - Tyler TX Indep Sch Dist 5% 02/15/2023 (Note 2) | A | Interest | | | Sold | 04/19/16 | K | A | |
| 794. - Nebraska St Public Powr Dist 5% 01/01/2025 (Note 3) | A | Interest | K | T | | | | | |
| 795. -Marshfield MA Muni Purpose Bond 11/01/2024 | A | Interest | K | T | | | | | |
| 796. -Althens, AL 5% 02/01/2023 | A | Interest | K | T | | | | | |
| 797. -MA ST Wtr Poll 5% 08/01/2017 | B | Interest | K | T | | | | | |
| 798. -TX Southmost CLG 5% 02/15/2025 | A | Interest | K | T | | | | | |
| 799. -Peabody, MA 4% Due 7/15/21 | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 800. -MA ST DEV 4.5% Due 7/1/28 | A | Interest | K | T | | | | | |
| 801. -Georgetown, MA 4% Due 5/1/20 | A | Interest | K | T | | | | | |
| 802. -MA ST FED HWY 5% Due 6/15/26 | A | Interest | K | T | | | | | |
| 803. -MA ST SCH BLDG AUTH 5% Due 8/15/29 | A | Interest | K | T | | | | | |
| 804. -Sudbury MA 3% Due 08/15/17 | A | Interest | | | Buy | 02/02/16 | K | | |
| 805. | | | | | Sold | 10/03/16 | K | | |
| 806. -Boston MA 4% Due 03/01/27 | A | Interest | K | T | Buy | 04/20/16 | K | | |
| 807. -Foxborough MA 4% Due 05/15/25 | A | Interest | K | T | Buy | 06/14/16 | K | | |
| 808. -MA SR Trans FD 5% Due 06/01/27 | A | Interest | K | T | Buy | 10/04/16 | K | | |
| 809. | | | | | | | | | |
| 810. Trust # 5 IRA (H) | | | | | | | | | |
| 811. -ALPS ETF TR Alerian MLP | A | Dividend | J | T | | | | | |
| 812. -Altria Group Inc. | A | Dividend | J | T | | | | | |
| 813. -Bank of Montreal | A | Dividend | J | T | | | | | |
| 814. -BCE Inc. New | A | Dividend | J | T | | | | | |
| 815. -Welltower, Inc. | A | Dividend | J | T | | | | | |
| 816. -Lockheed Martin Corp. | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 817. -Merck & Co Inc. | A | Dividend | J | T | | | | | |
| 818. -Microchip Technology Inc. | A | Dividend | J | T | Sold (part) | 09/28/16 | J | A | |
| 819. -Royal Dutch Shell PLC | A | Dividend | J | T | | | | | |
| 820. -American Electric Power | A | Dividend | J | T | | | | | |
| 821. -Chevron | A | Dividend | J | T | | | | | |
| 822. -HSBC Holdings PLC | A | Dividend | J | T | Buy (add'l) | 05/09/16 | J | | |
| 823. -Weyerhaeuser (received thru merger, by Plum Creek Timber surrender) | A | Dividend | J | T | Open | 02/22/16 | J | | |
| 824. -Plum Creek Timber Co (surrendered for Weyerhaeuser shares) | A | Dividend | | | Merged (with line 823) | 02/22/16 | J | | |
| 825. -Simon Property Group, Inc. | A | Dividend | J | T | | | | | |
| 826. -GlaxoSmithKline | A | Dividend | J | T | | | | | |
| 827. -Reynolds American | A | Dividend | J | T | | | | | |
| 828. -Digital Realty Trust, Inc. | A | Dividend | J | T | | | | | |
| 829. -Duke Energy | A | Dividend | J | T | | | | | |
| 830. -Eaton Corporation | A | Dividend | J | T | | | | | |
| 831. -Verizon | A | Dividend | J | T | | | | | |
| 832. -Seagate Technology | A | Dividend | | | Sold | 05/09/16 | J | | |
| 833. -Abbvie | A | Dividend | J | T | Buy | 05/09/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| | Name of Person Reporting | Date of Report |
|---|---|---|

Stahl, Norman H.

06/01/2017

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐    NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 834. -Federated Money Markt Oblig Tr Automated Govt Money Tr (Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

FINANCIAL DISCLOSURE REPORT

Name of Person Reporting

Date of Report

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. Nestle on Line 70 is deleted as it was inadvertently listed twice on the 2015 report. Nestle is reported on line 12.

FINANCIAL DISCLOSURE REPORT

Page 55 of 55

Name of Person Reporting

Stahl, Norman H.

Date of Report

06/01/2017

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Norman H. Stahl**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544